**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   FORTINET, INC.,                              No. C-08-5371 MMC

12              Plaintiff
                                                 **ORDER OF REFERRAL**
13         v.

14   TREND MICRO INCORPORATED,

15              Defendant

16   _____/

17

18        The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to

19   the Honorable Ronald M. Whyte for consideration of whether the case is related to Trend

20   Micro Inc. v. Fortinet, Inc., 04-1785 RMW.  (See First Amended Complaint ¶¶ 27-40, Ex. L.)

21        **IT IS SO ORDERED.**

22

23   Dated:  February 4, 2009                     _____
                                                  MAXINE M. CHESNEY
24                                                United States District Judge

25

26

27

28