1  ROBERT D. FRAM (State Bar No. 126750)
       E-Mail:  rfram@cov.com
2  COVINGTON & BURLING LLP
   One Front Street, 35th Floor
3  San Francisco, California  94111
   Telephone:    (415) 591-6000
4  Facsimile:    (415) 591-6091

5  JO DALE CAROTHERS (State Bar No. 228703)
       E-Mail: jcarothers@cov.com
6  COVINGTON & BURLING LLP
   9191 Towne Centre Drive, 6th Floor
7  San Diego, CA  92212-1226
   Telephone:   (858) 678-1800
8  Facsimile:    (858) 678-1600

9  Attorneys for Defendant
   TREND MICRO INCORPORATED

10

11              UNITED STATES DISTRICT COURT

12           FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14

| | |
|---|---|
| FORTINET, INC., a Delaware corporation, | Civil Case No.:  CV 08-05371 MMC |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER GRANTING DEFENDANT TREND MICRO INCORPORATED'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF MICHAEL M. MARKMAN IN SUPPORT OF MOTION TO DISMISS |
| TREND MICRO INCORPORATED, a California corporation, | |
| Defendant. | |
| | ~~DATE:  April 3, 2009~~<br>~~TIME:   9:00 am~~<br>COURTROOM:  7, 19th Floor<br>JUDGE:  Hon. Maxine M. Chesney |

28  [PROPOSED] ORDER GRANTING DEFENDANT TREND
    MICRO INCORPORATED'S ADMINISTRATIVE MOTION
    FOR LEAVE TO FILE UNDER SEAL PORTIONS OF
    MEMORANDUM OF POINTS AND AUTHORITIES AND
    DECLARATION OF MICHAEL M. MARKMAN IN
    SUPPORT OF MOTION TO DISMISS
    Civil Case No.:  CV 08-05371 MMC

1   Upon consideration of Defendant Trend Micro Incorporated's Administrative Motion for
2   Leave to File Under Seal Portions of its Memorandum of Points and Authorities in support of its
3   Motion to Dismiss the First Amended Complaint ("Memorandum of Points and Authorities")
4   and the Declaration of Michael M. Markman in support thereof ("Markman Declaration") and
5   exhibits thereto, and good cause appearing as described in the accompanying declaration of
6   Derek Knerr, Defendant's Administrative Motion IS GRANTED.
7   The following portions of the documents and exhibits submitted by Trend Micro in
8   connection with its Motion to Dismiss, which quote or otherwise discuss the substantive terms
9   of a confidential settlement agreement between Trend Micro and Plaintiff Fortinet, Inc. shall be
10  filed under seal:

**Memorandum of Points and Authorities**:

(a). 2:27-3:3 (from "The Settlement Agreement . . ." through end of paragraph);

(b). 3:4-3:5 (from "All . . ." through ". . . Patents.'");

(c). 3:10-11 (from "They were . . ." through end of sentence);

(d). 3:17-19 (from "in an . . ." through end of sentence);

(e). 4:6-7 (from "to avoid . . ." through end of sentence);

(f). 4: 9 (last three words of sentence beginning "No case or controversy…");

(g). 5:20-21 (from "and related . . ." through end of sentence);

(h). 5:22-6:10 (from "(describing…" through citation ending "at § 6.4", including footnotes embedded within section);

(i). 6:12 (from "for a" through "period");

(j). 6:12-15 (from "Under the. . ." through citation ending "at ¶ 36", including footnote embedded within section);

(k). 8:2-23 (from "On November . . ." through citation ending "Markman Decl. Ex. 8");

(l). 8:26-9:2 (section heading, and text from "The broad . . ." through end of paragraph);

[PROPOSED] ORDER GRANTING DEFENDANT TREND MICRO INCORPORATED'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF MICHAEL M. MARKMAN IN SUPPORT OF MOTION TO DISMISS
Civil Case No.: CV 08-05371 MMC

2

1         (m). 9:9-19 (from "Not only . . ." through end of paragraph);

2         (n). 9:20-22 (from "As explained . . ." through end of sentence);

3         (o). 10:10-15 (section headings, and text from "Fortinet's first . . ." through citation ending "at ¶ 6.2");

5         (p). 10:16-18 (from "so that Fortinet…" through citation ending at "at ¶¶46-55");

7         (q). 10:20-21 (from "These are…" through end of sentence);

8         (r). 11:6-11 (from "Nothing in . . ." "…that ground here.");

9         (s). 11: 13-15 (from "Broad…" through end of sentence);

10         (t). 12:25-27 (from "Again, Fortinet . . ." through end of sentence);

11         (u). 13:9-10 (from "The claim . . ." through end of sentence);

12         (v). 14:1-2 (from "That claim . . ." through end of paragraph);

13         (w). 14:4, 14:6-7, 14:9-24 (section headings, and text from "in an effort" through end of sentence and subsections 3.a and 3.b, to citation ending at "Exs. 6, 9");

15         (x). 14:26-15:24 (from "The agreement…" through "…future claims" including embedded footnote);

17         (y). 16:1-2 (from "This policy…" through end of sentence);

18         (z). 20:13 (the two words between "binding" and "covenant");

19         (aa). 20:20-28 (from "Specifically . . ." through end of paragraph, including embedded footnote);

**Markman Declaration**:

**Exhibit 1**:   (bb). Confidential Settlement Agreement;

**Exhibit 6**:   (cc). December 9, 2008 letter of Todd Nelson;

        (dd). ¶ 7;

        (ee). 2:18-24 (first three sentences of ¶ 8, from "On January 27…" through "…that Agreement.");

**Exhibit 7**:   (ff). January 27, 2009 letter of Robert Fram;

[PROPOSED] ORDER GRANTING DEFENDANT TREND MICRO INCORPORATED'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF MICHAEL M. MARKMAN IN SUPPORT OF MOTION TO DISMISS
Civil Case No.:  CV 08-05371 MMC

3

1  (gg). 3:1-4 (first sentence of ¶ 9, from "On February 3…" through
2  "…unenforceable.")
3  **Exhibit 8**:   (hh). February 3, 2009 email of Robert Lerner;
4  **Exhibit 9**:   (ii). February 3, 2009 letter of Stefani Shanberg.

IT IS SO ORDERED.

DATED: _February 27_, 2009

*Maxine M. Chesney*
The Hon. Maxine M. Chesney
United States District Judge
Northern District of California

[PROPOSED] ORDER GRANTING DEFENDANT TREND MICRO INCORPORATED'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF MICHAEL M. MARKMAN IN SUPPORT OF MOTION TO DISMISS
Civil Case No.: CV 08-05371 MMC

4