IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORTINET, INC., <br><br> Plaintiff, <br><br> v. <br><br> TREND MICRO INCORPORATED, <br><br> Defendant / | No. C-08-5371 MMC <br><br> **ORDER RE: STIPULATED MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; VACATING DEADLINES AND DATES SET FORTH IN NOVEMBER 26, 2008 ORDER** |

Before the Court is the parties' Stipulated Motion To Reschedule Case Management Conference and ADR Deadlines Until Case Is At Issue, filed February 27, 2009, by which the parties request that the deadlines and dates set forth in the November 26, 2008 Order Setting Initial Case Management Conference and ADR Deadlines be continued.

In light of the pendency of defendant's motion to dismiss, it is uncertain when the pleadings will be at issue. Accordingly, the Court hereby VACATES the deadlines and dates set forth in the November 26, 2008 order, including the Case Management Conference, scheduled for March 20, 2009. Said deadlines and dates will be reset after the Court has resolved defendant's motion to dismiss.

**IT IS SO ORDERED.**

Dated: March 12, 2009

MAXINE M. CHESNEY
United States District Judge