| | |
|---|---|
| 1 | MICHAEL A. LADRA, State Bar No. 64307 |
|   | Email: mladra@wsgr.com |
| 2 | STEFANI E. SHANBERG, State Bar No. 206717 |
|   | Email: sshanberg@wsgr.com |
| 3 | ROBIN L. BREWER, State Bar No. 253686 |
|   | Email: rbrewer@wsgr.com |
| 4 | WILSON SONSINI GOODRICH & ROSATI |
|   | Professional Corporation |
| 5 | 650 Page Mill Road |
|   | Palo Alto, California 94304-1050 |
| 6 | Telephone: (650) 493-9300 |
|   | Facsimile: (650) 565-5100 |
| 7 |  |
| 8 | Attorneys for Plaintiff FORTINET, INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| FORTINET, INC., a Delaware corporation, | CASE NO.: CV 08-05371 MMC |
| Plaintiff, | [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION REQUESTING LEAVE TO FILE UNDER SEAL PORTIONS OF PLAINTIFF FORTINET, INC.'S OPPOSITION TO DEFENDANT TREND MICRO INCORPORATED'S MOTION TO DISMISS FIRST AMENDED COMPLAINT |
| v. |  |
| TREND MICRO INCORPORATED, a California corporation, |  |
| Defendant. |  |

[PROPOSED] ORDER GRANTING
ADMINISTRATIVE MOTION
CASE NO.: CV 08-05371 MMC

3624711_1.DOC

1  Having considered Plaintiff Fortinet, Inc.'s Administrative Motion Requesting Leave to
2  File Under Seal Portions of Plaintiff Fortinet, Inc.'s Opposition to Defendant Trend Micro
3  Incorporated's Motion to Dismiss First Amended Complaint pursuant to Civil Local Rules 7-11
4  and 79-5(c) and good cause appearing:
5  IT IS HEREBY ORDERED that Fortinet's administrative motion is GRANTED.
6  Accordingly, the following portions of Fortinet's Opposition to Motion to Dismiss are
7  filed under seal:
8      a) 1:14-15 (from "general..." through the end of the sentence);
9      b) 2:1 (from "covenanted..." through "...infringement");
10     c) 2:2-3 (from ""covenant"..." through the end of the sentence);
11     d) 3:23-4:7 (from "The License Agreement..." through the end of the paragraph);
12     e) 4:22-23 (from"[or]..." through "...Fortinet,"");
13     f) 7:17 (Section II title);
14     g) 8:9-11 (from "Here,..." through the end of the paragraph);
15     h) 8:13 (Section II.A.1 title);
16     i) 8:14-10:14 (Entire Section II.A.1 including the first sentence of footnote 6 and
17        footnote 7);
18     j) 10:15 (Section II.A.2 title);
19     k) 10:16-18 (from "Contrary..." through "..."or."");
20     l) 11:15-16 (from "Unlike..." through the end of the sentence);
21     m) 12:11-12 (from "Indeed..." through the end of the sentence);
22     n) 12:15-16 (the ten words between "prejudice pursuant" and "as is present here.");
23     o) 12:19 (the seven words following "that Fortinet's claims");
24     p) 20:3 (Section IV title);
25     q) 20:6-7 (from "Trend Micro's..." through "...royalties");
26     r) 20:9-13 (from "Specifically..." through "(emphasis added).");
27     s) 20:16-18 (from "which..." through the end of the sentence);
28     t) 22:1-2 (the eight words between "involves" and "or supports"); and

1        u)  22:24-25 (the thirteen words between "In contrast to the" and "the covenant").

3      IT IS SO ORDERED

5  Dated:  March 17, 2009                   _____
The Honorable Maxine M. Chesney
United States District Court Judge

Presented by:

WILSON SONSINI GOODRICH & ROSATI

 /s/ Stefani E. Shanberg
Stefani E. Shanberg

Attorneys for Plaintiff
FORTINET, INC.

FORTINET'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF FORTINET'S OPPOSITION TO MOTION TO DISMISS
CASE NO.: CV 08-05371 MMC

-2-

3624711_1.DOC