**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORTINET, INC., | No. C-08-5371 MMC |
| Plaintiff, | **ORDER VACATING APRIL 3, 2009 HEARING** |
| v. | |
| TREND MICRO INCORPORATED, | |
| Defendant / | |

Before the Court is defendant's Motion to Dismiss, filed February 23, 2009. Plaintiff has filed opposition, to which defendant has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court finds the matter suitable for decision on the papers submitted and VACATES the hearing scheduled for April 3, 2009.

**IT IS SO ORDERED.**

Dated: March 31, 2009

MAXINE M. CHESNEY
United States District Judge