IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORTINET, INC., | No. C-08-5371 MMC |
| Plaintiff, | **ORDER RESETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** |
| v. | |
| TREND MICRO INCORPORATED, | |
| Defendant / | |

By order filed March 12, 2009, the Court vacated the deadlines and dates set forth in the Court's November 26, 2008 Order Setting Initial Case Management Conference and ADR Deadlines, and also vacated the March 20, 2009 Case Management Conference, all such deadlines and dates to be reset after the Court had resolved defendant's motion to dismiss. By separate order filed concurrently herewith, the Court has granted in part and denied in part defendant's motion to dismiss.

Accordingly, the deadlines and dates are reset as follows:

1. No later than May 15, 2009, the parties shall (a) meet and confer regarding initial disclosures, early settlement, the ADR process selection, and a discovery plan, (b) file ADR Certificates signed by the parties and counsel, and (c) file a stipulation to an ADR process or a Notice of Need for ADR Phone Conference.

2. No later than June 5, 2009, the parties shall (a) file a Rule 26(f) Report, (b) complete initial disclosures or state an objection thereto in the Rule 26(f) Report, and

1  (c) file a Joint Case Management Statement.

2      3.  The initial Case Management Conference will be conducted on June 12, 2009, at
3  10:30 a.m., Courtroom 7.

4  **IT IS SO ORDERED.**

6  Dated:  April 28, 2009

                                    MAXINE M. CHESNEY
                                    United States District Judge