1  ROBERT D. FRAM (State Bar No. 126750)
       E-Mail: rfram@cov.com
2  COVINGTON & BURLING LLP
   One Front Street, 35th Floor
3  San Francisco, California 94111
   Telephone:   (415) 591-6000
4  Facsimile:   (415) 591-6091

5  JO DALE CAROTHERS (State Bar No. 228703)
       E-Mail: jcarothers@cov.com
6  COVINGTON & BURLING LLP
   9191 Towne Centre Drive, 6th Floor
7  San Diego, CA  92212-1226
   Telephone:   (858) 678-1800
8  Facsimile:   (858) 678-1600

9  Attorneys for Defendant
   TREND MICRO INCORPORATED
10

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FORTINET, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>TREND MICRO INCORPORATED, a California corporation,<br><br>  Defendant. | Civil Case No.:  CV 08-05371 MMC<br><br>**[PROPOSED]** ~~[PROPOSED]~~ **ORDER GRANTING DEFENDANT TREND MICRO INCORPORATED'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF ANSWER TO FIRST AMENDED COMPLAINT AND COUNTERCLAIM** |

[PROPOSED] ORDER GRANTING DEFENDANT TREND MICRO INCORPORATED'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF ANSWER TO FIRST AMENDED COMPLAINT AND COUNTERCLAIM
SF: 119541-1

Civil Case No.:  CV 08-05371 MMC

1  Upon consideration of Defendant Trend Micro Incorporated's Administrative Motion for
2  Leave to File Under Seal Portions of its Answer to First Amended Complaint and Counterclaim
3  and good cause appearing as described in the accompanying declaration of Christopher J.
4  Longman, Defendant's Administrative Motion IS GRANTED.

5  The following portions of Trend Micro's Answer to First Amended Complaint and
6  Counterclaim, which discuss the substantive terms of a confidential settlement agreement
7  between Trend Micro and Plaintiff Fortinet, Inc. and the substantive terms of a confidential
8  license agreement between Trend Micro and Clearswift, Ltd., shall be filed under seal:

9  (a)  6:23-24 (from "Trend Micro admits . . ." through end of sentence);
10 (b)  12:7-9 (from "Trend Micro admits . . ." through end of sentence);
11 (c)  16:11-14 (from "The Settlement Agreement . . ." through end of sentence);
12 (d)  16:15-20 (from "The Settlement Agreement . . ." through end of ¶ 11);
13 (e)  17:1- 3 (from "On December 5, 2008 . . ." through end of sentence);
14 (f)  17:22-25 (from "Pursuant to the terms . . ." through end of paragraph);
15 (g)  17:26-18:2 (from ". . . suing Trend Micro…" through end of paragraph);
16 (h)  18:3- 5 (from "As a result . . . " through end of paragraph);
17 (i)  18:15-18 (from "For an award . . ." through end of sentence).

18 Accordingly, the Clerk is directed to file under seal the unredacted version of the Answer.
19 IT IS SO ORDERED.

20
21 DATED: __May 14_____, 2009                      _____
                                                   The Hon. Maxine M. Chesney
22                                                 United States District Judge
                                                   Northern District of California