| | |
|---|---|
| 1 | ROBERT D. FRAM (State Bar No. 126750) |
| |     E-Mail: rfram@cov.com |
| 2 | COVINGTON & BURLING LLP |
| | One Front Street, 35th Floor |
| 3 | San Francisco, California 94111 |
| | Telephone: (415) 591-6000 |
| 4 | Facsimile: (415) 591-6091 |

JO DALE CAROTHERS (State Bar No. 228703)
    E-Mail: jcarothers@cov.com
COVINGTON & BURLING LLP
9191 Towne Centre Drive, 6th Floor
San Diego, CA 92212-1226
Telephone: (858) 678-1800
Facsimile: (858) 678-1600

Attorneys for Defendant and Counterclaimant
TREND MICRO INCORPORATED

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FORTINET, INC., a Delaware corporation,<br><br>    Plaintiff & Counter-defendant,<br><br>v.<br><br>TREND MICRO INCORPORATED, a California corporation,<br><br>    Defendant & Counterclaimant. | Civil Case No.: CV 08-05371 MMC<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT AND COUNTERCLAIMANT TREND MICRO INCORPORATED'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN DOCUMENTS RELATED TO RENEWED MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1)<br><br>DATE: June 26, 2009<br>TIME: 9:00 am<br>COURTROOM: 7, 19th Floor<br>JUDGE: Hon. Maxine M. Chesney |

Upon consideration of Defendant and Counterclaimant Trend Micro Incorporated's Administrative Motion for Leave to File Under Seal Certain Documents Related to Renewed Motion to Dismiss First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1), and good cause appearing as described in the accompanying declaration of Christopher J. Longman, Defendant's Administrative Motion IS GRANTED.

Exhibit 1 to the Declaration of Andrew C. Byrnes in support of Renewed Motion to Dismiss First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(1), which discloses information relating to confidential communications between the parties and to a confidential Settlement and Patent License Agreement ("Settlement Agreement") between Fortinet and Trend Micro shall be filed under seal.

The following portions of Trend Micro's Renewed Motion to Dismiss First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1), which discloses confidential communications between the parties and the terms and conditions of a confidential Settlement and Patent License Agreement between the parties, shall also be filed under seal:

(a) 1:11-13  (from "Trend Micro's…" through the end of the sentence);

(b) 1:20-21  (from "On May 11…" through the end of the sentence);

(c) 2:10-12  (from "Specifically, Trend Micro…" through the end of the sentence);

(d) 2:24-3:4  (from "On May 11…" through the end of the block-quoted paragraph)

(e) 3:15  (the word following the phrase "Fortinet has an");

(f) 4:5-6  (from "Trend Micro's May 11, 2009…" through the end of the sentence);

(g) 4:27-5:1  (from "Trend Micro's May 11, 2009…" through the end of the sentence).

Accordingly, the Clerk is DIRECTED to file under seal Exhibit 1 and the unredacted version of Trend Micro's Renewed Motion.
IT IS SO ORDERED.

DATED: __May 20__, 2009

The Hon. Maxine M. Chesney
United States District Judge
Northern District of California

[PROPOSED] ORDER GRANTING DEFENDANT AND COUNTERCLAIMANT TREND MICRO INCORPORATED'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN DOCUMENTS RELATED TO RENEWED MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1)
Civil Case No.:  CV 08-05371 MMC

2