1  Robert D. Fram (Bar No. 126750)
       Email:  rfram@cov.com
2  COVINGTON & BURLING LLP
   One Front Street
3  San Francisco, CA 94111
   Telephone:   (415) 591-6000
4  Facsimile:   (415) 591-6091

5  Jo Dale Carothers (Bar No. 228703)
       E-Mail: jcarothers@cov.com
6  COVINGTON & BURLING LLP
   9191 Towne Centre Drive, 6th Floor
7  San Diego, CA  92212-1226
   Telephone:   (858) 678-1800
8  Facsimile:   (858) 678-1600

9  Attorneys for Defendant &
   Counterclaimant
10 TREND MICRO INCORPORATED

   Michael A. Ladra (Bar No. 64307)
       Email:  mladra@wsgr.com
   Stefani E. Shanberg (Bar No. 206717)
       Email:  sshanberg@wsgr.com
   Robin L. Brewer (Bar No. 253686)
       Email:  rbrewer@wsgr.com
   WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
   650 Page Mill Road
   Palo Alto, California 94304
   Telephone:   (650) 493-9300
   Facsimile:   (650) 493-6811

   Attorneys for Plaintiff & Counterdefendant
   FORTINET, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FORTINET, INC., a Delaware corporation,<br><br>Plaintiff & Counterdefendant,<br><br>v.<br><br>TREND MICRO INCORPORATED, a California corporation,<br><br>Defendant & Counterclaimant. | Civil Case No.:  CV 08-05371 MMC<br><br>**STIPULATED MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE, DISCLOSURE, AND DISCOVERY DATES, AND [PROPOSED] ORDER** |

1    IT IS HEREBY STIPULATED by and between plaintiff and counterdefendant Fortinet, Inc. ("Fortinet") and defendant and counterclaimaint Trend Micro Incorporated ("Trend Micro"), by and through their counsel of record, as follows:

WHEREAS, Trend Micro filed a Renewed Motion to Dismiss Fortinet's First Amended Complaint on May 18, 2009 and noticed the hearing for June 26, 2009;

WHEREAS, pursuant to this Court's Order Resetting Initial Case Management Conference and ADR Deadlines issued on April 28, 2009, the parties are currently scheduled to file a Rule 26(f) report and Joint Case Management Statement, and complete Rule 26(a)(1) initial disclosures, on June 5, 2009, and attend a Case Management Conference on June 12, 2009;

WHEREAS, the Parties have met and conferred and jointly believe that it will be more efficient and productive to continue the date on which of the Case Management Conference until June 26, 2009, the date on which the hearing for Trend Micro's Renewed Motion to Dismiss is noticed, and the date for filing the Rule 26(f) Report and Joint Case Management Statement until June 19, 2009;

WHEREAS, the Parties have met and conferred and jointly believe that it will be more efficient and productive to continue the dates for Rule 26(a)(1) initial disclosures and the commencement of discovery until after this Court has ruled on Trend Micro's Renewed Motion to Dismiss, which ruling will clarify the matters at issue and the proper scope of discovery in this case;

WHEREAS, there is no schedule set in this case beyond the date set for the Case Management Conference, and, therefore, this Stipulation will not impact the schedule in this case after that date;

NOW THEREFORE, the Parties, by and through their undersigned counsel, hereby agree and stipulate as follows, subject to the Court's approval:

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that the following case schedule shall apply:

STIPULATED MOTION TO RESCHEDULE CASE
MANAGEMENT CONFERENCE, DISCLOSURE, AND
DISCOVERY DATES, AND [PROPOSED] ORDER
Civil Case No.: CV 08-05371 MMC

2

| Date | Event |
|---|---|
| June 19, 2009 | Last day to file Rule 26(f) Report and file Case Management Statement |
| June 26, 2009 | Initial Case Management Conference |
| 7 days after the Court rules on Trend Micro's Renewed Motion to Dismiss | Last day to complete Rule 26(a)(1) initial disclosures |
| 14 days after the Court rules on Trend Micro's Renewed Motion to Dismiss | Fact discovery commences |

DATED:  June 3, 2009                    WILSON SONSINI GOODRICH & ROSATI


By:    /s/ Stefani E. Shanberg
       Stefani E. Shanberg
       Attorneys for Plaintiff & Counterdefendant
       FORTINET, INC.


DATED:  June 3, 2009                    COVINGTON & BURLING LLP


By:    /s/ Robert D. Fram
       Robert D. Fram
       Attorneys for Defendant & Counterclaimant
       TREND MICRO INCORPORATED


PURSUANT TO STIPULATION, IT IS SO ORDERED., with the exception that the Case Management Conference is continued from June 12, 2009 to July 31, 2009, and the Rule 26(f) Report and Case Management Statement shall be filed no later than July 24, 2009.

DATED: June 5, 2009                    _____
                                       The Honorable Maxine M. Chesney
                                       UNITED STATES DISTRICT COURT JUDGE

STIPULATED MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE, DISCLOSURE, AND DISCOVERY DATES, AND [PROPOSED] ORDER
Civil Case No.:  CV 08-05371 MMC

3