1  MICHAEL A. LADRA, State Bar No. 64307
       Email: mladra@wsgr.com
2  STEFANI E. SHANBERG, State Bar No. 206717
       Email: sshanberg@wsgr.com
3  ROBIN L. BREWER, State Bar No. 253686
       Email: rbrewer@wsgr.com
4  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
5  650 Page Mill Road
   Palo Alto, California 94304-1050
6  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
7
   Attorneys for Plaintiff and Counterclaim Defendant
8  FORTINET, INC.

9
                    **UNITED STATES DISTRICT COURT**
10
                    **NORTHERN DISTRICT OF CALIFORNIA**
11
                         **SAN FRANCISCO DIVISION**
12

13  FORTINET, INC., a Delaware corporation,    ) CASE NO.:  CV 08-05371 MMC
                                               )
14              Plaintiff,                     ) [PROPOSED]
                                               ) **ORDER GRANTING**
15        v.                                   ) **ADMINISTRATIVE MOTION**
                                               ) **REQUESTING LEAVE TO FILE**
16  TREND MICRO INCORPORATED, a                ) **UNDER SEAL PORTIONS OF**
    California corporation,                    ) **FORTINET, INC.'S OPPOSITION TO**
                                               ) **TREND MICRO INCORPORATED'S**
17              Defendant.                     ) **RENEWED MOTION TO DISMISS**
                                               ) **FIRST AMENDED COMPLAINT**
18                                             )
                                               )  AND DIRECTIONS TO CLERK
19                                             )
    _____)
20                                             )
    AND RELATED COUNTERCLAIM                   )
21  _____)

22

[Proposed] Order Granting
Administrative Motion
Case No.:  CV 08-05371 MMC

3690431_1.DOC

1  Having considered Fortinet, Inc.'s ("Fortinet") Administrative Motion Requesting Leave
2  to File Under Seal Portions of Fortinet, Inc.'s Opposition to Trend Micro Incorporated's
3  Renewed Motion to Dismiss First Amended Complaint pursuant to Civil Local Rules 7-11 and
4  79-5(c) and good cause appearing:
5  IT IS HEREBY ORDERED that Fortinet's administrative motion is GRANTED.
6  Accordingly, the following portions of Fortinet's Opposition to Renewed Motion to
7  Dismiss are filed under seal:
8      a)  1:11 (from "nonbinding" through "sue");
9      b)  2:9 (eleventh word on line only);
10      c)  2:15-20 (from "The" through the end of the paragraph);
11      d)  3:1-2 (from open quote through "that would");
12      e)  3:4-10 (each bulleted point);
13      f)  5:21-22 (from "Fortinet's" through the end of the heading);
14      g)  6:6-8 (from "Fortinet's" through end of sentence);
15      h)  6:12-20 (from "an" in heading through the first four words in line 20);
16      i)  6:21-23 (from open parenthesis through the first seven words in line 23);
17      j)  6:26-28 (footnote 3);
18      k)  7:8-9 (from open quote to close quote);
19      l)  7:12-14 (from "the Agreement" through end of quote on line 14);
20      m)  7:17-19 (from "necessarily" through end of line 19);
21      n)  8:17-18 (sentence beginning with "Moreover");
22      o)  8:20-23 (last three words of heading through end of line 23);
23      p)  8:25 (entirety of line);
24      q)  9:1-4 (entirety of four lines); and
25
26
27
28

r)  9:13 (last word in line).

The Clerk of the Court is hereby DIRECTED to file under seal the unredacted version of Fortinet's Opposition to Renewed Motion to Dismiss.

IT IS SO ORDERED

Dated:   June 9, 2009

_____
The Honorable Maxine M. Chesney
United States District Court Judge

Presented by:

WILSON SONSINI GOODRICH & ROSATI

 /s/ Stefani E. Shanberg
Stefani E. Shanberg

Attorneys for Plaintiff and Counterclaim Defendant
FORTINET, INC.