ROBERT D. FRAM (State Bar No. 126750)
   E-Mail: rfram@cov.com
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, California 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

JO DALE CAROTHERS (State Bar No. 228703)
   E-Mail: jcarothers@cov.com
COVINGTON & BURLING LLP
9191 Towne Centre Drive, 6th Floor
San Diego, CA 92212-1226
Telephone: (858) 678-1800
Facsimile: (858) 678-1600

Attorneys for Defendant & Counterclaimant
TREND MICRO INCORPORATED

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FORTINET, INC., a Delaware corporation,<br><br>   Plaintiff & Counter-defendant,<br><br>v.<br><br>TREND MICRO INCORPORATED, a California corporation,<br><br>   Defendant & Counterclaimant. | Civil Case No.: CV 08-05371 MMC<br><br>[PROPOSED] ORDER GRANTING TREND MICRO INCORPORATED'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (1) PORTIONS OF REPLY BRIEF IN SUPPORT OF RENEWED MOTION TO DISMISS AND (2) PORTIONS OF STEPHEN QUANE DECLARATION IN SUPPORT OF RENEWED MOTION TO DISMISS<br><br>*[Submitted in Connection with Trend Micro's Reply in Support of Renewed Motion to Dismiss the First Amended Complaint]*<br><br>DATE: June 26, 2009<br>TIME: 9:00 am<br>COURTROOM: 7, 19th Floor<br>JUDGE: Hon. Maxine M. Chesney |

Upon consideration of Defendant and Counterclaimant Trend Micro Incorporated's ("Trend Micro") Administrative Motion for Leave to File Under Seal (1) portions of the Reply Brief in support of Trend Micro's Renewed Motion to Dismiss the First Amended Complaint ("Reply Brief") and (2) portions of the Declaration of Stephen Quane in support of Trend Micro's Renewed Motion to Dismiss the First Amended Complaint ("Quane Declaration") and for good cause appearing, as described in the accompanying Declaration of Andrew C. Byrnes;

IT IS HEREBY ORDERED that Trend Micro's Administrative Motion IS GRANTED.

Accordingly, (1) the following portions of the Reply Brief, and (2) the following portions of the Quane Declaration, shall be filed under seal:

**Reply Brief**:

(a). 1:3 (seventh word on line);

(b). 1:7 (third word in heading);

(c). 1:15 (ninth word on line);

(d). 2:8 (seventh through tenth words on line);

(e). 3:10 (sixth word in heading);

(f). 3:12 (third word on line);

(g). 3:18 - 4:5 (from "Trend" through end of paragraph);

(h). 4:10-11 (from "the first" through end of sentence);

(i). 4:12-13 (from "in its" through "Agreement");

(j). 4:16 (last four words in heading);

(k). 4:18 (from "does" through end of sentence);

(l). 4:20 (from "of a" through "customer");

(m). 4:22 (from "as to" through "Inc.");

(n). 4:24-26 (from "that Trend" through end of sentence);

(o). 4:26-27 (from "Fortinet's" through "affiliates");

(p). 5:12-14 (from "many" through end of sentence);

(q). 5:19-20 (from "unlike" through end of sentence);

(r). 5:21 (last six words in heading);

1     (s).  5:23-6:3 (from "that Fortinet" through "(or acquirors)");

2     (t).  5:26-27 (entirety of footnote 2);

3     (u).  6:4 (from "Need" to "Suit" in heading);

4     (v).  6:5-11 (from "it omits" through "jurisdiction");

5     (w).  6:22-7:5 (from "Fortinet" through end of paragraph);

6     (x).  7:21 (third word on line);

7     (y).  7:26-27 (entirety of footnote 3).

**Quane Declaration**:

    (z).  1:9-11 (from "Trend Micro" to "future").

The Clerk is DIRECTED to file under seal the unredacted versions of the Reply Brief and the Quane Declaration.

IT IS SO ORDERED.

DATED: __June 18__, 2009

    The Hon. Maxine M. Chesney
    United States District Judge
    Northern District of California