1  MICHAEL A. LADRA, State Bar No. 64307
       Email: mladra@wsgr.com
2  STEFANI E. SHANBERG, State Bar No. 206717
       Email: sshanberg@wsgr.com
3  ROBIN L. BREWER, State Bar No. 253686
       Email: rbrewer@wsgr.com
4  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
5  650 Page Mill Road
   Palo Alto, California 94304-1050
6  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
7
   Attorneys for Plaintiff and Counterclaim Defendant
8  FORTINET, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FORTINET, INC., a Delaware corporation, | CASE NO.:  CV 08-05371 MMC |
| Plaintiff, | [~~PROPOSED~~] |
| v. | **ORDER GRANTING ADMINISTRATIVE MOTION REQUESTING LEAVE TO FILE UNDER SEAL PORTIONS OF FORTINET, INC.'S SURREPLY TO TREND MICRO INCORPORATED'S RENEWED MOTION TO DISMISS FIRST AMENDED COMPLAINT** |
| TREND MICRO INCORPORATED, a California corporation, | |
| Defendant. | |
| AND RELATED COUNTERCLAIM | |

1   Having considered Fortinet, Inc.'s ("Fortinet") Administrative Motion Requesting Leave
2   to File Under Seal Portions of Fortinet, Inc.'s Surreply to Trend Micro Incorporated's Renewed
3   Motion to Dismiss First Amended Complaint pursuant to Civil Local Rules 7-11 and 79-5(c) and
4   good cause appearing:
5       IT IS HEREBY ORDERED that Fortinet's administrative motion is GRANTED.
6       Accordingly, the following portions of Fortinet's Surreply to Trend Micro Incorporated's
7   Renewed Motion to Dismiss are filed under seal:
8       a) 1:2 (the two words between "conceding the" and "of its purported");
9       b) 1:2-3 (last word on the line through the first four words in line 3);
10       c) 1:19-24 (from the last six words on line 9 through the end of the paragraph);
11       d) 2:4 (the two words between "Concedes The" and "of Its Covenant");
12       e) 2:10 (eighth word on line only);
13       f) 2:11 (second word on line only);
14       g) 2:20 (entirety of line);
15       h) 2:21-22 (from the beginning of the sentence through "covenant");
16       i) 3:5 (sentence beginning with "And");
17       j) 3:8-9 (from the last eight words on line 8 to the end of the sentence);
18       k) 3:10-11 (from the last word on line 10 through "owner in");
19       l) 3:13-14 (from the last two words on line 13 through "covenant,");
20       m) 3:19 (last word on the line only);
21       n) 3:20 (ninth word on line only);
22       o) 3:21-26 (sentence beginning with "The Agreement,");
23       p) 3:27-4:1 (sentence beginning with "If");
24       q) 4:4 (eighth word on line only);
25       r) 4:15-4:21 (from the second word on line 15 through "¶ 6.");
26       s) 4:26-5:7 (from the fourth word on line 26 through the end of the paragraph); and
27
28

1    t)   5:18 (the last two words on line 18).

2    The Clerk is directed to file under seal the unredacted version of the Surreply.

3  IT IS SO ORDERED

4

5  Dated:   June 24, 2009                                  _____
                                                           The Honorable Maxine M. Chesney
6                                                          United States District Court Judge

7

8  Presented by:

9  WILSON SONSINI GOODRICH & ROSATI

10   /s/ Stefani E. Shanberg
    Stefani E. Shanberg
11

12  Attorneys for Plaintiff and Counterclaim Defendant
    FORTINET, INC.

[PROPOSED] ORDER GRANTING                     -2-                              3703215_1.DOC
ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO.:  CV 08-05371 MMC