IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FORTINET, INC.,

        Plaintiff,

  v.

TREND MICRO INCORPORATED,

        Defendant.
                                     /

No. CV-08-5371 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

1. Trend Micro's motion to dismiss the First and Second Causes of Action is hereby GRANTED, and the First and Second Causes of Action are hereby DISMISSED without prejudice for lack of subject matter jurisdiction.

2. Trend Micro's Counterclaim is hereby DISMISSED without prejudice.

Dated: July 1, 2009

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk